# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN,<br><br>                Plaintiff,<br><br>        v.<br><br>STATE PRISON WARDEN<br>A. SCRIBNER, et al.,<br><br>                Defendants.<br>_____/ | CASE NO. 1:08-cv-01892-AWI-SMS PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS IN THIS ACTION AND REQUIRING PLAINTIFF TO PAY $350.00 FILING FEE IN FULL WITHIN FIFTEEN DAYS<br><br>(Doc. 2) |

Plaintiff Tony Blackman ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On December 10, 2008, Plaintiff filed a complaint and a motion for leave to proceed in forma pauperis.

28 U.S.C. § 1915 governs proceedings in forma pauperis.  Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  A review of the actions filed by Plaintiff reveals that Plaintiff is subject to 28 U.S.C. § 1915(g) and is precluded from proceeding in forma pauperis unless he is, at the time the complaint was filed, under imminent danger of serious physical injury.[1]

---

[1] The Court takes judicial notice of case numbers 1:99-cv-05822-REC-HGB PC Blackman v. Hartwell (E.D. Cal.) (dismissed 03/12/2001 for failure to state a claim); 3:05-cv-05390-SI Blackman v. Medina (N.D. Cal.) (dismissed 03/13/2006 for failure to state a claim); 3:06-cv-06398-SI Blackman v. Variz (N.D. Cal.) (dismissed

1   The Court has reviewed Plaintiff's complaint and finds that Plaintiff does not meet the
2   imminent danger exception.[2] Andrews v. Cervantes, 493 F.3d 1047, 1053 (9th Cir. 2007). Because
3   Plaintiff has alleged no facts that support a finding he is under imminent danger of serious physical
4   injury, Plaintiff may not proceed in forma pauperis in this action, and must submit the appropriate
5   filing fee in order to proceed with this action.

6   Based on the foregoing, it is HEREBY ORDERED that:

7   1.   Plaintiff is ineligible to proceed in forma pauperis in this action; and

8   2.   Plaintiff shall pay the $350.00 filing fee in full within **fifteen (15) days** from the date
9        of service of this order or this action will be dismissed, without prejudice.

12   IT IS SO ORDERED.

13   **Dated:   December 16, 2008**            /s/ Anthony W. Ishii
                                                CHIEF UNITED STATES DISTRICT JUDGE

---

12/18/2006 for failure to state a claim); and 1:04-cv-06389-AWI-NEW (DLB) (E.D. Cal.) (dismissed 05/18/2007 for failure to state a claim).

[2] Although entitled an "Emergency Complaint," Plaintiff's claims arise from the failure of Defendants to process and/or respond his inmate appeals, among other routine claims. (Doc. 1, Comp.)

2